IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABÓN GONZÁLEZ,

                Plaintiff,

v.

SANDRA McARDLE,

                Defendant.

ORDER

19-cv-442-jdp

---

Plaintiff Helson Pabón González, appearing pro se, is a former prisoner at Wisconsin Secure Program Facility. He alleges that defendant Nurse Practitioner Sandra McArdle would not give him pain medication to help treat his painful lower back injury. But Pabón González has not signed a release authorizing McArdle to view his medical records. McArdle filed a motion to dismiss the case for Pabón González's failure to do so. Dkt. 21. The court twice told Pabón González that he would have to share relevant medical records or the case would be dismissed. *See* Dkt. 25 and Dkt. 29. But he has still not complied: McArdle has filed a second motion to dismiss the case, saying that Pabón González has still not signed a release form. Dkt. 31. Pabón González hasn't responded to the motion to dismiss. Because Pabón González has not complied with court directives to share his medical records and he has not responded to the newest motion to dismiss, I will grant McArdle's motions to dismiss the case. That dismissal will be with prejudice.

McArdle has also filed a motion to stay the schedule, Dkt. 34. I will deny that motion as moot.

ORDER

IT IS ORDERED that:

1. Defendant's motions to dismiss the case, Dkt. 21 and Dkt. 31, are GRANTED. This case is DISMISSED with prejudice. The clerk of court is directed to enter judgment for defendant and close this case.

2. Defendant's motion to stay the schedule, Dkt. 34, is DENIED as moot.

Entered March 31, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge